**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DETRIC LESTER and
CHARLIE BURT,

                     Plaintiffs,

vs.

BELK, INC.,

                     Defendant.

CIVIL ACTION FILE

NO. 1:11-cv-1410 -TCB

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's Motion for Summary Judgment, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 19th day of January, 2012.

JAMES N. HATTEN
CLERK OF COURT

*/s/ Janice Micallef*

By:  _____
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 19, 2012
James N. Hatten
Clerk of Court

*/s/ Janice Micallef*

By:_____
      Deputy Clerk